**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

-vs- Case No. 8:26-cr-266-WFJ-CPT

GRIGORIY BILETSKYY

**CLERK'S MINUTES**

Proceeding: Initial Appearance / Arraignment

*Courtroom 12B*

| | |
|---|---|
| Judge: Christopher P. Tuite, U.S. Magistrate Judge | Date: August 21, 2026 |
| Deputy Clerk: Ashley Sanders | Time: 2:14 p.m. |
| USPO: Charlene Cohen | Recess: 3:04 p.m. |
| Court Reporter: Digital | Total Time: 50 min |
| Interpreter: none | *Held with other duty matters (25 min) |

---

Counsel for USA: Tiffany Fields, AUSA
Counsel for Defendant: Ryan Maguire, AFPD

---

Court calls case and counsel enters appearances.

Court advises of certain constitutional rights. Defendant understands.

Oral motion for counsel. Court reviews completed financial affidavit. Court appoints Federal Public Defender's Office.

Court advises of charges contained in Indictment. Defendant waives full and formal reading, enters a plea of not guilty, moves to participate in discovery. Government moves for reciprocal discovery.

BOND: Government: not seeking detention.

Defendant: moves for release.

Court releases Defendant on pre-trial conditions.

Trial set for October trial term commencing on October 5 before Judge Jung. Status conference for September 10 at 11:00 a.m. via telephone.

Oral due process order pronounced.

Recess.