UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. Case No. 8:26-cr-266-WFJ-CPT

GRIGORIY BILETSKYY

**NOTICE OF APPEARANCE**

Please note the appearance of Assistant United States Attorney Blain A. Goff, as co-counsel for the Government in regard to forfeiture proceedings in the above-styled cause. The Government requests that any and all pleadings, correspondence, and other matters pertaining to this case be directed to the undersigned, as well as to Assistant United States Attorney Tiffany E. Fields, on behalf of the Government.

Respectfully Submitted,

GREGORY W. KEHOE
United States Attorney

By: *s/Blain A. Goff*
BLAIN A. GOFF
Assistant United States Attorney
Florida Bar Number 0109467
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602
(813) 274-6000 – telephone
E-mail: blain.goff@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system that will send a notice of electronic filing to counsel of record.

*s/Blain A. Goff*
BLAIN A. GOFF
Assistant United States Attorney