AO 442 (Rev. 11/11) Arrest Warrant E1681515

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

United States of America
v.
Grigoriy Biletskyy

*Defendant*

Case No. 8:26-cr-266-WFJ-CPT

SEALED

RECEIVED U.S. MARSHALS 2026 AUG 20 AM 8:24

AUG 21 2026 PM2:29 FILED - USDC - FLMD - TPA

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Grigoriy Biletskyy, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1343 in violation of Wire Fraud
18 U.S.C. § 1957 in violation of Illegal Monetary Transactions

Date: 08/19/2026

A Waddell ANGEL WADDELL
*Issuing officer's signature*

City and state: Tampa, Florida

MEGAN A. MANN, Clerk, United States District Court
*Printed name and title*

**Return**

This warrant was received on *(date)* 8/19/26, and the person was arrested on *(date)* 8/21/26 at *(city and state)* TAMPA, FL.

Date: 8/21/26

[signature]
*Arresting officer's signature*

JONATHAN PUEBLA SPECIAL AGENT
*Printed name and title*